**No. 10-9027. Robert Allen Woida, Petitioner v. United States.**

565 U.S. 828, 132 S. Ct. 122, 181 L. Ed. 2d 45, 2011 U.S. LEXIS 5826.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 400 Fed. Appx. 128.

**No. 10-9035. Timothy J. Mitts, Petitioner v. United States.**

565 U.S. 828, 132 S. Ct. 122, 181 L. Ed. 2d 45, 2011 U.S. LEXIS 5284.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 396 Fed. Appx. 296.

**No. 10-9070. Maurice A. Proctor, Petitioner v. United States.**

565 U.S. 828, 132 S. Ct. 122, 181 L. Ed. 2d 45, 2011 U.S. LEXIS 5604.

October 3, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 2 A.3d 1093.

**No. 10-9078. Selwyn Davis, Petitioner v. Texas.**

565 U.S. 828, 132 S. Ct. 122, 181 L. Ed. 2d 45, 2011 U.S. LEXIS 5270.

October 3, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

Same case below, 313 S.W.3d 317.

**No. 10-9152. Arturo Moreno, Jr., Petitioner v. United States.**

565 U.S. 828, 132 S. Ct. 122, 181 L. Ed. 2d 45, 2011 U.S. LEXIS 5823.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 395 Fed. Appx. 436.

**No. 10-9204. Omar Chavez, et al., Petitioners v. The Medical Assurance Company, Inc., et al.**

565 U.S. 828, 132 S. Ct. 123, 181 L. Ed. 2d 45, 2011 U.S. LEXIS 6208.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Arkansas denied.

**No. 10-9345. Enerva W. Trotman, Petitioner v. United States.**

565 U.S. 828, 132 S. Ct. 123, 181 L. Ed. 2d 45, 2011 U.S. LEXIS 5269.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 406 Fed. Appx. 799.